1 | MICHELE BECKWITH
Acting United States Attorney
2 | NICOLE MOODY
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

**FILED**

Jul 15, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  NATHAN BLACK,  Defendant. | CASE NO. 2:25-mj-0107 AC  VIOLATION: 40 U.S.C. § 121 and 41 C.F.R. § 102-74.380(b) – Willfully Destroy and Damage Federal Property |

I N F O R M A T I O N

COUNT ONE:   [40 U.S.C. § 121 and 41 C.F.R. § 102-74.380(b) – Willfully Destroy and Damage Federal Property]

The United States Attorney charges:  T H A T

NATHAN BLACK,

defendant herein, on or about July 15, 2025, at the United States Federal Courthouse, County of Sacramento, State and Eastern District of California, did willfully destroy and damage Federal property, to wit:  property belonging to the United States at 501 I Street, Sacramento, California

///

///

///

95814, in violation of a Title 40, United States Code, Section 121, and Title 41, Code of Federal Regulations, Section 102-74.380(b), a Class C misdemeanor.

DATED: July 15, 2025        MICHELE BECKWITH
                            Acting United States Attorney


                            /s/ Nicole Moody
                            NICOLE MOODY
                            Special Assistant U.S. Attorney

**PENALTY SLIP**
**United States v. Nathan Black**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 40 U.S.C. § 121 and 41 C.F.R. § 102-74.380(b) – Willfully Destroy and Damage Federal Property |
| PENALTY: | Imprisonment of not more than 30 days, a fine of not more than $5,000, or both fine and imprisonment. |
| SPECIAL ASSESSMENT: | $5.00 |