|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 16, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN BLACK,<br><br>　　　　　Defendant. | Case No.  2:25-mj-00107-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATHAN BLACK ,

Case No.  2:25-mj-00107-AC , Charge 40 USC § 121 and 41 CFR § 102-74.380(b),

from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　_____ Bail Posted in the Sum of $ _____

　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　_____ Appearance Bond with 10% Deposit

　　　　　_____ Appearance Bond with Surety

　　　　　_____ Corporate Surety Bail Bond

　　　　　  x    (Other):  Sentence to time served.

Issued at Sacramento, California on July 16, 2025, at 3:00 PM.

　　　　　　　　　　　　　　　　　　　　　By:  /s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire